PETER F. SAMUEL, Bar No. 072503
SAMUEL and SAMUEL
5050 Sunrise Boulevard, Suite C-1
Fair Oaks, CA 95628
Telephone: (916) 966-4722
Facsimile: (916) 962-2219
e-mail: pfs@samuellaw.com

Attorneys for Plaintiff,
ANTHONY AGUIAR, individually,
and on behalf of all others similarly
situated

FILED
JAN 26 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AGUIAR, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA SIERRA EXPRESS, INC., a Nevada corporation,<br><br>Defendants. | CASE NO. 2:11-cv-02827-JAM-GGH<br><br>[~~PROPOSED~~] /s/ Jam ORDER FOR FILING OF AMENDED COMPLAINT AND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT; VACATING DEFENDANT'S PENDING MOTION TO DISMISS AND MOTION TO STRIKE CLASS ALLEGATIONS |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Plaintiff file an Amended Complaint.

IT IS FURTHER ORDERED that Defendant shall have 28 days from the date of Plaintiff filing his Amended Complaint to file a response to the Amended Complaint.

1

[PROPOSED] ORDER FOR FILING AMENDED COMPLAINT AND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT; VACATING DEFENDANT'S PENDING MOTION TO DISMISS AND MOTION TO STRIKE ALLEGATIONS

IT IS FURTHER ORDERED that, upon Plaintiff filing his Amended Complaint, Defendant's Motion to Dismiss Plaintiff's Individual Claims and Motion to Strike Class Allegations and Request for Injunctive Relief will be deemed withdrawn without prejudice to any motions or arguments Defendant wishes to make against the Amended Complaint. Defendant's original motions currently scheduled to be heard on February 8, 2012 at 9:30 a.m. in Courtroom 6 by Hon. John A. Mendez are vacated.

DATE: January 25, 2012

HON. JOHN A. MENDEZ

UNITED STATES DISTRICT JUDGE

By: /s/ John A. Mendez

2

[PROPOSED] ORDER FOR FILING AMENDED COMPLAINT AND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT; VACATING DEFENDANT'S PENDING MOTION TO DISMISS AND MOTION TO STRIKE ALLEGATIONS